1  KENNETH C. ABSALOM, Esq. (SBN 114607)
   Law Offices of Nevin & Absalom
2  22 Battery Street, Suite 333
   San Francisco, California 94111
3  Telephone: (415) 392-5040
   Facsimile: (415) 392-3729
4
   Attorneys for Plaintiff
5  MAHIN JANNATPOUR

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

10 MAHIN JANNATPOUR,              ) Case No. C 04-4553 MHP
                                  )
11            Plaintiffs,         )
                                  ) NOTICE OF SETTLEMENT AND
12     vs.                        ) STIPULATION OF DISMISSAL
                                  )
13 UNUM LIFE INSURANCE COMPANY    )
   OF AMERICA,                    )
14                                )
              Defendants.         )
15                                )
                                  )
16

   TO THE HONORABLE COURT:
17
       NOTICE IS HEREBY GIVEN, that the parties in the above-entitled action have entered
18
   into a settlement of all claims and issues presented in this action.
19
                          STIPULATION OF DISMISSAL
20
       WHEREFORE: the parties, by and through their undersigned counsel of record, pursuant to
21
   Rule 41(a)(1)(ii), do hereby stipulate that this action shall be dismissed, with prejudice, in its
22
   entirety.
23
       **IT IS SO STIPULATED**:
24
   LAW OFFICES OF NEVIN & ABSALOM
25
       By: _____/s/_____          Dated: March 9, 2006
26         Kenneth C. Absalom
           Attorneys for Plaintiff
27

28 _____
   NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL— CASE No. C 04-4553 MHP

1  KELLY, HERLIHY & KLEIN LLP.

3  By: _____/s/_____         Dated: March 1, 2006
       Sean P. Nalty
4      Attorneys for Defendant

**IT IS SO ORDERED**

*[Signature]*
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA